# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
## JACKSON DIVISION

UNITED STATES OF AMERICA

VERSUS                              CRIMINAL NO. 3:07-cr-51-DCB-LRA

SHAWNCORY LAVANCE EVANS                                    DEFENDANT

### ORDER

This matter comes before the Court on the defendant's Motion for Reconsideration of Sentence [**docket entry no. 29**]. Having reviewed the Motion, brief, applicable statutory and case law, and being otherwise fully advised as to the premises, the Court finds and orders as follows:

The Defendant was sentenced on December 13, 2011 to 11 months in the custody of the Bureau of Prisons to be followed by 25 months of supervised release. The violations were grade C violations yielding a guideline range of 5-11 months imprisonment and a guideline range of 25-31 months of supervised release. The Defendant was sentenced within the applicable guideline range for the violations committed. Accordingly,

**IT IS HEREBY ORDERED** that the defendant's Motion for Reconsideration of Sentence [**docket entry no. 29**] is **DENIED**.

**SO ORDERED**, this the ___19th___ day of January, 2012.

                                                    s/David Bramlette
                                            UNITED STATES DISTRICT JUDGE